FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __HENRY HOLMES   174651__
(Name of Plaintiff)   (Inmate Number)

__514 Island Ave, APT 1__
(Address)
__McKees Rocks, PA 15136__

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

Case Number: __1:17-CV-1408__

vs.

(1) __Warden Orlando Harper__

(2) __Kara Marie Sidone__

(3) __Michael P. Veith__
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

FILED
HARRISBURG, PA

AUG 0 9 2017

DM

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

__STATE AND FEDERAL Rights violated under DUE PROCESS__

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__No other law suits were filed cause I was deprived from use of the law library at the Allegheny County Jail and deprived me from my 5 monthly indegent envelopes__

1

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed complaint deprived from indegent envelopes and use of law library        Exhibit 4-5

2. What was the result? Started Receiving envelopes back but not the use of the law library for my claim

D. If your answer to "B" is No, explain why not: _____

III.  **DEFENDANTS**

(1) Name of first defendant: ORLANDO HARPER
Employed as WARDEN at Allegheny County Jail
Mailing address: 950 2ND AVE, PITTSBURGH, PA 15219

(2) Name of second defendant: KARA MARIE SIMONE
Employed as District Attorney at Allegheny County
Mailing address: 436 Grant Street Pittsburgh, PA 15219

(3) Name of third defendant: JOSE MANUEL CARVAJO JR.          Exhibit 6
Employed as Public Defender at Allegheny County
Mailing address: 542 Forbes Ave #400 PGH, PA 15219

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Upon my arrival from the state of Calif March 2014. The Megan's law Registration coordinator failed to inform me on reporting change of address within 72 hours of moving

2

(that's His Job) Aug 29, 2014 I WAS ARRESTED 3 days

2. before my next Report For tier 3 megan's law Registration And unlawfully Held in the Allegheny County Jail For 6 months Cause Pittsburgh Police Officer michael P. Veith And District Attorney

3. Kara Marie Sidone. with malicious intent told the bail Judge Dennis Robert Joyce i WAS ARRESTED ON the streets Homeless-so i would not be Released with out Posting bail. My ARREST WAS AT 514 Island Ave, APT 13 MCKEES Rocks, PA 15136. I LOST my APARTMENT Exhibits 1-2

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT Paid For the 6 months i sat in Jail From 8-29-2014 TO 2-7-2015, 6 months loss of my Apartment Exhibit 2, Relief For the violation of my Civil Rights, Probation Revoked with the tier 3 Registration

2. Cause the state of Calif Never had Evidence For a Sex Charge Exhibit (7), And All Charges dismissed. District Attorney Kara Marie Sidone And Public Defender Jose Manuel Carvallo Jr. with Held

3. Evidence that would've Proved my innocent. The Court documents on my Registration For Sep 1, 2014 in my back Pack MR. Carvallo JR. got From my Apartment in McKees Rocks during my Trial. Exhibit (3)

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  August  day of  6,                              , 20 17.

_____Henry J. Holmes_____
(Signature of Plaintiff)

Henry Holmes
514 Island Ave, Apt 1
Mckees Rocks, PA 15136

USMS X-RAY

RECEIVED
HARRISBURG, PA
AUG 09 2017
DM

Middle District Court of Penn
U.S. District Court
Ronald Reagan Federal Bldg.
U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101



1000
17101



U.S. POSTAGE
PAID
MC KEES ROCKS, PA
15136
AUG 07 17
AMOUNT
$1.40
R2305M144196-08