# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY HOLMES** | |
| **Plaintiff,** | No. 1:17-CV-01408 |
| v. | (Judge Rambo) |
| **WARDEN ORLANDO HARPER,** et al. | |
| **Defendants** | |

## ORDER

**AND NOW, THEREFORE**, this 2nd day of October, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. The instant action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1406(a); and

2. The Clerk of Court is directed to **CLOSE** this case.

                     s/Sylvia H. Rambo
                     SYLVIA H. RAMBO
                     United States District Judge